LAW OFFICES OF
# JOSEPH F. KILADA, P.C.
*Attorneys at Law*

666 OLD COUNTRY ROAD
SUITE 600
GARDEN CITY, NEW YORK 11530
P. 516.222.0454
F. 516.745.0596
E-Mail: jfklegal@aol.com

JOSEPH F. KILADA

OF COUNSEL
ANNA HOWELL

MANHATTAN
853 BROADWAY, SUITE 1011
NEW YORK, NY 10003
P. 212.533.2606
F. 212.505.6681

**VIA ECF & FACSIMILE**
Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York                    June 29, 2011
225 Cadman Plaza
Brooklyn, New York 11201

                    RE:    **United States v. Giuseppe Destefano**
                                **11-CR-0030 (SLT)**

Dear Judge Matsumoto:

      Mr. Destefano through his attorney, Joseph F. Kilada, respectfully requests that this court temporarily modify the order setting conditions of release and bond in respect to the travel restrictions.

      Specifically, Mr. Destefano makes a respectful application to travel to St. Charles Cemetery at 9:30 AM to 12:00PM to visit his deceased father on July 3, 2011. The cemetery is located in the town of Farmingdale which is in the Eastern District of New York. After the visit, Mr. Destefano will return to his approved residence and then wishes to take his mother to dinner the same evening at Salvi's restaurant in Brooklyn. Dinner will be from 7:00PM to 10:00PM.
      On July 4, 2011, Mr. Destefano wishes to spend the day with his family at the house of his in-laws located at 724 Katen Ave., Brooklyn New York from 12:00PM until 2:00AM.

      I have consulted with the Assistant United States Attorney on this case, Elizabeth Geddes, and I have consulted with Pre-Trial services and both have consented to this application being made before the court.

Mr. Destefano thanks the court for its consideration in this matter.

Respectfully Submitted,

Joseph F. Kilada
Attorney at Law

Case 1:11-cr-00030-KAM -RER   Document 446   Filed 06/29/11   Page 2 of 2