LAW OFFICES OF
# JOSEPH F. KILADA, P.C.
*Attorneys at Law*

666 OLD COUNTRY ROAD
SUITE 600
GARDEN CITY, NEW YORK 11530
P. 516.222.0454
F. 516.745.0596
E-Mail: jfklegal@aol.com

JOSEPH F. KILADA

OF COUNSEL
ANNA HOWELL

MANHATTAN
853 BROADWAY, SUITE 1011
NEW YORK, NY 10003
P. 212.533.2606
F. 212.505.6681

**VIA ECF & FACSIMILE**
Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

July 27, 2011

RE: United States v. Giuseppe Destefano
11-CR-30 KAM)

Dear Judge Matsumoto:

    Mr. Destefano through his attorney, Joseph F. Kilada, respectfully requests that this court modify the order setting conditions of release and bond in respect to the travel restrictions.

    Specifically, Mr. Destefano makes a respectful application to travel to his Physician, Dr. Funaro at 75th Street between 5th and 6th Avenue on August 11th at 1:00PM. At the request of Pre-Trial Services Officer Michael Ilaria, an application is also made to authorize future time out relating to medical care, be referred to Pre-Trial Services as to not bother the court with merely clerical applications.

    A respectful application is also made for Mr. Destefano to visit with his brother at the family home located at 23 Oak Ln. Staten Island, NY 10312 on Sunday July 31, 2011 from 11:00 AM to 11:00 PM.

    I have consulted with the Assistant United States Attorney on this case, Elizabeth Geddes, and I have consulted with Pre-Trial services and both have consented to this application being made before the court.

    Mr. Destefano thanks the court for its consideration in this matter.

Respectfully Submitted,

Joseph F. Kilada
Attorney at Law