LAW OFFICES OF

# JOSEPH F. KILADA, P.C.

*Attorneys at Law*

666 OLD COUNTRY ROAD
SUITE 600
GARDEN CITY, NEW YORK 11530
P. 516.222.0454
F. 516.745.0596
E-Mail: jfklegal@aol.com

JOSEPH F. KILADA

———

OF COUNSEL
ANNA HOWELL

MANHATTAN
853 BROADWAY, SUITE 1011
NEW YORK, NY 10003
P. 212.533.2606
F. 212.505.6681

**VIA ECF & FACSIMILE**
Hon. Kiyo  A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

November 14, 2011

RE:   **United States v. Giuseppe Destefano
11-CR-30 KAM)**

Dear Judge Matsumoto:

Mr. Destefano through his attorney, Joseph F. Kilada, respectfully requests that this court temporarily modify the order setting conditions of release and bond in respect to the travel restrictions.

Specifically, Mr. Destefano makes a respectful application to visit the grave of his father at St. Charles cemetery, Farmingdale Long Island on November 20th from 8AM to 12PM.

Mr. Destefano also wishes to attend thanksgiving dinner with his mother at Broadway Mike restaurant at 747 forest Ave., Staten Island from 4:00 PM to 11:00 PM Thanksgiving day.

I have consulted with the Assistant United States Attorney on this case, Elizabeth Geddes, and she consented to this application, and I have consulted with Pre-Trial services  and have received consent to make this application unopposed before the court.

Mr. Destefano thanks the court for its consideration in this matter.

Respectfully Submitted,

Joseph F. Kilada
Attorney at Law