LAW OFFICES OF

# JOSEPH F. KILADA, P.C.

*Attorneys at Law*

666 OLD COUNTRY ROAD
SUITE 600
GARDEN CITY, NEW YORK 11530
P. 516.222.0454
F. 516.745.0596
E-Mail: jfklegal@aol.com

JOSEPH F. KILADA
─────────
OF COUNSEL
ANNA HOWELL

MANHATTAN
853 BROADWAY, SUITE 1011
NEW YORK, NY 10003
P. 212.533.2606
F. 212.505.6681

<u>**VIA ECF & FACSIMILE**</u>
Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York          December 19, 2011
225 Cadman Plaza
Brooklyn, New York 11201

       RE: United States v. Giuseppe Destefano
          11-CR-30 KAM)

Dear Judge Matsumoto:

  Mr. Destefano through his attorney, Joseph F. Kilada, respectfully requests that this court temporarily modify the order setting conditions of release and bond in respect to the travel restrictions.

  Specifically, Mr. Destefano makes a respectful application to visit the grave of his father at St. Charles cemetery, Farmingdale Long Island on December 30th from 8AM to 12PM.

  Mr. Destefano also wishes to attend Christmas Eve dinner with his mother at Broadway Mike restaurant at 747 Forest Ave., Staten Island from 5:00 PM to 11:00 PM.

  After dinner he would attend with his mother at the house of his brother at 23 Oak Ln. Staten Island to open presents until 2:00AM.

  He would also like to spend Christmas day at his brothers house 23 Oak Ln. from 1:00PM to 11:00PM.

  Mr. Destefano would also respectfully request to attend New Years Eve with Mother and brother at Broadway Mike restaurant at 747 Forest Ave., Staten Island from 5:00PM to 2:00AM.

  **New years day** with Girlfriend / Fiancé at her home 632 2nd Ave. Elizabeth New Jersey 07202. Her name is Josephine Tanga. Destefano's mother will also be there. 2:00 PM to 11:00PM.

I have consulted with the Assistant United States Attorney on this case, Elizabeth Geddes, and she consented to this application, and I have consulted with Pre-Trial services and have received consent to make this application unopposed before the court.

Mr. Destefano thanks the court for its consideration in this matter.

Respectfully Submitted,

Joseph F. Kilada
Attorney at Law