LAW OFFICES OF
# JOSEPH F. KILADA, P.C.
*Attorneys at Law*

666 OLD COUNTRY ROAD
SUITE 600
GARDEN CITY, NEW YORK 11530
P. 516.222.0454
F. 516.745.0596
E-Mail: jfklegal@aol.com

JOSEPH F. KILADA

OF COUNSEL
ANNA HOWELL

MANHATTAN
853 BROADWAY, SUITE 1011
NEW YORK, NY 10003
P. 212.533.2606
F. 212.505.6681

**VIA ECF & FACSIMILE**
Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

January 9, 2012

RE:  United States v. Giuseppe Destefano
     11-CR-30 KAM)

Dear Judge Matsumoto:

    Mr. Destefano through his attorney, Joseph F. Kilada, respectfully requests that this court temporarily modify the order setting conditions of release and bond in respect to the travel restrictions.

    Specifically, Mr. Destefano wishes to attend the Birthday of his niece held at Broadway Mike restaurant at 747 forest Ave. from 3:00PM to 7:00PM, followed by presents at the home of his brother and suretor John Manghisi Staten Island from 7:00 PM to 12:00 AM.

    I have consulted with the Assistant United States Attorney on this case, Elizabeth Geddes, and she consented to this application, and I have consulted with Pre-Trial services and have received consent to make this application unopposed before the court.

    Mr. Destefano thanks the court for its consideration in this matter.

Respectfully Submitted,

Joseph F. Kilada
Attorney at Law