LAW OFFICES OF
# JOSEPH F. KILADA, P.C.
*Attorneys at Law*

666 OLD COUNTRY ROAD
SUITE 600
GARDEN CITY, NEW YORK 11530
P. 516.222.0454
F. 516.745.0596
E-Mail: jfklegal@aol.com

JOSEPH F. KILADA

OF COUNSEL
ANNA HOWELL

MANHATTAN
853 BROADWAY, SUITE 1011
NEW YORK, NY 10003
P. 212.533.2606
F. 212.505.6681

January 26, 2012

**VIA FACSIMILE**
Kiyo Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

RE:  **United States v. Giuseppe Destefano**
     **11-CR-0030 (SLT)**

Dear Judge Matsumoto:

     Mr. Destefano through his attorney Joseph F. Kilada, respectfully requests that the sentencing date be adjourned.
     The reason for the request is that counsel has yet to receive the Presentence Investigation Report. I have spoken to AUSA Elizabeth Geddes this afternoon, and I understand that she has also not received the report. Ms. Geddes has also consented to this application for an adjournment.

     I, therefore respectfully ask that the sentencing be adjourned from the proposed date of February 28, 2012 to a date 90 days later convenient to the court.

Respectfully Submitted,

Joseph F. Kilada
Attorney at Law