LAW OFFICES OF

# JOSEPH F. KILADA, P.C.

*Attorneys at Law*

666 OLD COUNTRY ROAD
SUITE 600
GARDEN CITY, NEW YORK 11530
P. 516.222.0454
F. 516.745.0596
E-Mail: jfklegal@aol.com

JOSEPH F. KILADA

OF COUNSEL
ANNA HOWELL

MANHATTAN
853 BROADWAY, SUITE 1011
NEW YORK, NY 10003
P. 212.533.2606
F. 212.505.6681

**VIA ECF & FACSIMILE**
Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

February 15, 2012

  RE:  United States v. Giuseppe Destefano
       11-CR-30 KAM)

Dear Judge Matsumoto:

   Mr. Destefano through his attorney, Joseph F. Kilada, respectfully requests that this court temporarily modify the order setting conditions of release and bond in respect to the travel restrictions.

   Specifically, Mr. Destefano makes a respectful application to attend the 21st birthday of his Nephew. The Birthday will be held at the home of his brother John Mangese, located on Staten Island on Sunday February 19, 2012.

   As a reference, Mr. Mangese has secured the bond of Mr. Destefano as a suretor and has also collateralized the bond with his home.

   I have consulted with the Assistant United States Attorney on this case, Elizabeth Geddes, and she consented to this application, and I have consulted with Pre-Trial services and have received consent to make this application unopposed before the court.

   Mr. Destefano thanks the court for its consideration in this matter.

Respectfully Submitted,

Joseph F. Kilada
Attorney at Law