# LAW OFFICES OF JOSEPH F. KILADA, P.C.

**Long Island Office**
1 Old Country Road, Suite 347
Carle Place, NY 11514
Phone: (516) 222-0454
Fax: (516) 908-0454

**VIA ECF & FACSIMILE**
Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York                May 31, 2012
225 Cadman Plaza
Brooklyn, New York 11201

                              RE:   **United States v. Giuseppe Destefano**
                                        **11-CR-30 KAM)**

Dear Judge Matsumoto:

     Mr. Destefano through his attorney, Joseph F. Kilada, respectfully requests that this court temporarily modify the order setting conditions of release and bond in respect to the travel restrictions in this matter.

     Specifically, Mr. Destefano makes a respectful application to visit at the home of his brother, John Mangese, located in Staten Island for the purpose of a family Birthday party of his niece on Sunday June 9, 2012 from 5 PM to 11PM, a total of six hours.

     I have consulted with the Assistant United States Attorney on this case, Elizabeth Geddes, and she has consented to this application, and I have consulted with Pre-Trial services and have received consent to make this application unopposed before the court.

     Mr. Destefano thanks the court for its consideration in this matter.

                                                           Respectfully Submitted,

                                                            Joseph F. Kilada
                                                               Attorney at Law