# LAW OFFICES OF JOSEPH F. KILADA, P.C.

**Long Island Office**
1 Old Country Road, Suite 347
Carle Place, NY 11514
Phone: (516) 222-0454
Fax: (516) 908-4266

**VIA ECF & FACSIMILE**
Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York          June 26, 2012
225 Cadman Plaza
Brooklyn, New York 11201

                            **RE:  United States v. Giuseppe Destefano**
                                   11-CR-30 (KAM)

Dear Judge Matsumoto:

     Mr. Destefano through his attorney, Joseph F. Kilada, respectfully requests that this court temporarily modify the order setting conditions of release and bond in respect to the travel restrictions.

     Specifically, Mr. Destefano wishes to attend a gathering at the home of his future in-laws located at 31 Highland Drive Jackson NJ 08527 on Saturday July 7, 2012 from 1:00PM to 11:00PM.

     I have consulted with the Assistant United States Attorney on this case, Elizabeth Geddes, **and she has not consented to this application**. I therefore respectfully ask the court to calendar this matter to hear argument and resolve the disagreement between the parties.

     Mr. Destefano thanks the court for its consideration in this matter.

                                                            Respectfully Submitted,

                                                             Joseph F. Kilada
                                                              Attorney at Law